01129/60509(JDB)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| TOMMY PRATER AND SHEILA PRATER, | ) |
| Plaintiffs, | ) |
| v. | ) No. 1-05-1342 |
| | ) JURY DEMANDED |
| CITY OF JACKSON, TENNESSEE, CHARLES FARMER in his individual and official capacities as the Mayor of the City of Jackson, FELIX FLY, in his individual and official capacities as the manager of the WEST TENNESSEE FARMERS MARKET, | ) |
| Defendants. | ) |

## ORDER

IT APPEARING TO THE COURT that upon good cause shown and by agreement of the parties to the above-styled matter, Defendants' Motion for Extension of Time to Respond to Complaint is well-founded and the same should be granted,

IT IS THEREFORE ORDER, ADJUDGED AND DECREED that Defendants' Motion For Extension of Time to Respond to Plaintiffs' Complaint is granted, and that Defendants must answer or otherwise respond to Plaintiffs' Complaint no later than December 16, 2005.

ENTERED this the 21st day of November, 2005.

S. Thomas Anderson USMJ
JUDGE


This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/22/05



01129/60509(JDB)

APPROVED FOR ENTRY:

WEINMAN & ASSOCIATES

By: _____
MICHAEL L. WEINMAN (BPR #015074)
114 South Liberty Street
P.O. Box 266
Jackson, TN 38302-0266
Attorney for Plaintiffs

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
JOHN D. BURLESON (BPR #10400)
209 East Main Street
P. O. Box 1147
Jackson, TN 38302-1147
Attorney for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01342 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT